**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

May 30, 2006

**Before**

Hon. Kenneth F. Ripple,  *Circuit Judge*

Hon. Daniel A. Manion,  *Circuit Judge*

Hon. Diane P. Wood,  *Circuit Judge*

| | |
|---|---|
| No. 04-2397 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| United States of America, | |
| *Plaintiff-Appellee*, | No. 00 CR 1013 |
| *v.* | **Robert W. Gettleman**, *Judge*. |
| Heliodoro Gonzalez-Rodriguez, | |
| *Defendant-Appellant*. | |

**O R D E R**

Heliodoro Gonzalez-Rodriguez pleaded guilty to conspiracy to possess 250 kilograms of cocaine with intent to distribute in violation of 21 U.S.C. §§ 841(a), 846.  He argued for the first time on appeal that the district court erred by applying the sentencing guidelines as mandatory. *See United States v. Booker*, 543 U.S. 220 (2005).  We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory.  *See United States v. Paladino*, 401 F.3d 471, 483-84 (7th Cir.2005).  The judge said he "likely would not have imposed as severe a sentence."  Therefore we VACATE Gonzalez-Rodriguez's sentence and REMAND for resentencing.